SW&JTM/USAO#2016R00799

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. MJG-17-0667 |
| | * | |
| DAVON CARTER, | * | (Conspiracy to Murder a Witness (Retaliation), 18 U.S.C. §1513(f); Witness Retaliation Murder, 18 U.S.C. §1513(a)(1)(B); Conspiracy to Murder a Witness (Tampering), 18 U.S.C. §1512(k); Witness Tampering Murder, 18 U.S.C. § 1512(a)(1)(A); Felon in Possession of Ammunition, 18 U.S.C. §922(g); Possession with Intent to Distribute Marijuana, 21 U.S.C. §841; Aiding & Abetting, 18 U.S.C. §2) |
| Defendant | * | |

*******

## INDICTMENT

The Grand Jury for the District of Maryland charges that:

### COUNT ONE
(Conspiracy to Murder a Witness (Retaliation))

On a date prior to May 27, 2016, the actual date being unknown to the Grand Jury, continuing through on or about May 27, 2016, in the District of Maryland, the defendant,

### DAVON CARTER,

did knowingly, willfully and unlawfully conspire and agree with others known and unknown to the Grand Jury to commit any offense under Title 18, Section 1513; to wit, to kill a person with intent to retaliate against that person for providing to a law enforcement officer information relating to the commission and possible commission of a Federal offense.

18 U.S.C. §§ 1513(f) and (a)(1)(B)

## COUNT TWO
(Witness Retaliation Murder)

The Grand Jury for the District of Maryland further charges that:

On or about May 27, 2016, in the District of Maryland, the defendant,

### DAVON CARTER,

with malice aforethought, did unlawfully kill, and aid and abet the killing of Latrina Ashburne, willfully, deliberately, maliciously and with premeditation, by gunshot, and did so with intent to retaliate against a witness for providing to a law enforcement officer information relating to the commission and possible commission of a Federal offense.

18 U.S.C. § 1513(a)(1)(B)
18 U.S.C. § 2

## COUNT THREE
(Conspiracy to Murder a Witness (Tampering))

The Grand Jury for the District of Maryland further charges that:

On a date prior to May 27, 2016, the actual date being unknown to the Grand Jury, continuing through on or about May 27, 2016, in the District of Maryland, the defendant,

## DAVON CARTER,

did knowingly, willfully and unlawfully conspire and agree with others known and unknown to the Grand Jury to commit any offense under Title 18, Section 1512; to wit, to kill a person with intent to prevent the attendance and testimony of a person in an official proceeding.

18 U.S.C. §§ 1512(k) and (a)(1)(A)

## COUNT FOUR
(Witness Tampering Murder)

The Grand Jury for the District of Maryland further charges that:

On or about May 27, 2016, in the District of Maryland, the defendant,

## DAVON CARTER,

with malice aforethought, did unlawfully kill, and aid and abet the killing of, Latrina Ashburne, willfully, deliberately, maliciously and with premeditation, by gunshot, and did so with intent to prevent the attendance and testimony of a person in an official proceeding.

18 U.S.C. § 1512(a)(1)(A)
18 U.S.C. § 2

## COUNT FIVE
(Felon in Possession of Ammunition)

The Grand Jury for the District of Maryland further charges that:

On or about May 27, 2016, in the District of Maryland, the defendant,

## DAVON CARTER,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, and aid and abet the possession of, ammunition, to wit, a round of 9 mm ammunition, in and affecting commerce.

18 U.S.C. § 922(g)
18 U.S.C. § 2

## COUNT SIX
(Possession with Intent to Distribute Marijuana)

The Grand Jury for the District of Maryland further charges that:

On or about June 1, 2016, in the District of Maryland, the defendant,

### DAVON CARTER,

knowingly, intentionally and unlawfully distributed and possessed with intent to distribute a quantity of a mixture or and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

21 U.S.C. §§ 841(a)(2), (b)(1)(D)
18 U.S.C. § 2

*[signature]*

Stephen M. Schenning
Acting United States Attorney

A True Bill:

**SIGNATURE REDACTED**

Foreman

Date: 12-19-17