**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | **CRIMINAL NO. MJG 17-0667** |
| v. | * | |
| | * | |
| DAVON CARTER, | * | |
| | * | |
| Defendant | * | |
| | ******* | |

**GOVERNMENT'S MOTION TO EXTEND MAY 4, 2018**
**SPEEDY TRIAL DATE THROUGH JUNE 18, 2018**

The United States of America, by and through its undersigned attorneys, respectfully

moves for an Order to extend the date through which the Speedy Trial Act is currently tolled and

as grounds therefore does state.

1.      By Order dated February 8, 2018 (ECF 20), the Court granted the Government's

Motion to Exclude Time Pursuant to the Speedy Trial Act (ECF 18) through May 4, 2018.

2.      The government adopts by reference the reasons it set forth in its original Motion

(ECF 18) and further states as follows.

3.      On April 19, 2018, the Government Moved to Extend the May 2, 2018 Deadline

for Filing Notice Regarding Death Penalty (ECF 25).   The Court granted that motion and issued

an Amendment to Initial Procedural Order (ECF 27).   The May 2 date was extended through

June 18, 2018.   All other provisions of the original Procedural Order remained unchanged.

4.      The Government submits that the original reasons for tolling the Speedy Trial

Act continue to support a further extension at least through June 18, 2018.   At this time, there

has been no date set for filing of pretrial motions and the discovery process remains ongoing.

5.      Defense counsel has no objection to the motion and the relief requested.

1

6.      A proposed Order is attached for the Court's consideration.

Respectfully submitted,

Robert K. Hur
United States Attorney

/s/

By:_____

Sandra Wilkinson
Judson T. Mihok
Assistant United States Attorneys
United States Attorney's Office
36 South Charles Street, Fourth Floor
Baltimore, Maryland 21201