IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal No. MJG 17-0067 |
| | ) |
| DEVON CARTER | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT'S MOTION FOR GENERAL TRAVEL AUTHORIZATION

Defendant, Devon Carter, by counsel, pursuant to 18 U.S.C. § 3599, moves the Court for an Order authorizing his counsel, Gerald T. Zerkin, to travel, as he deems necessary, without further specific authorization, to Washington, D.C. and the District of Maryland, in support of which he says:

1. Defendant's counsel, Gerald T. Zerkin, lives and has his office in Richmond, Virginia.

2. During the course of this case, counsel will need to travel, with some frequency, to Washington, D.C. and the District of Maryland. That will involve both train travel and accommodations, which will be less expensive using government rates.

3. Issuance of a standing travel authorization, will provide the most efficient means of facilitating this travel.

1

WHEREFORE, Defendant respectfully requests that this Court issue a general travel authorization for his counsel, Gerald T. Zerkin.

DEVON CARTER

By: *s/ Gerald Thomas Zerkin*
    Gerald Thomas Zerkin
    Attorney-At-Law
    Virginia Bar #16270
    2025 E. Main Street, Ste. 108
    Richmond, VA 23223
    (804) 921-4885
    zerkingt@msn.com

    Christopher M. Davis
    Davis & Davis
    1350 Connecticut Avenue, NW
    Suite 202
    Washington, DC 20036
    202.234.7300

## CERTIFICATE OF SERVICE

I hereby certify that this motion was served upon all counsel of record via the Court's CM/ECF System on this 6th day of May, 2018.

    *s/ Gerald Thomas Zerkin*
    Gerald Thomas Zerkin
    Attorney-At-Law
    Virginia Bar #16270
    2025 E. Main Street, Ste. 108
    Richmond, VA 23223
    (804) 921-4885
    zerkingt@msn.com