# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | *    **CRIMINAL NO. MJG 17-0667** |
| **v.** | * |
| | * |
| **DAVON CARTER,** | * |
| | * |
| **Defendant** | * |
| | ****** |

## NOTICE THAT GOVERNMENT WILL NOT PURSUE THE DEATH PENALTY AND CONTINUED SPEEDY TRIAL TOLLING

Comes now the United States, by and through undersigned counsel, and hereby notifies the Court and counsel that the United States does not intend to pursue the death penalty against Defendant Davon Carter in the above-captioned case.

Further, the Government seeks a continued tolling of the Speedy Trial Date through the currently scheduled date of January 7, 2019. The date was tolled through the pendency of the death penalty issue before the Attorney General. It is necessary in the future to allow Defendant to review discovery and file pretrial motions as deemed necessary and for the government to have sufficient response time. For the reasons previously discussed in previously filed Speedy Trial Tolling Motions, given the complexity of the case, the seriousness of the charges and the amount of discovery, the tolling would be in the best interest of all parties and outweighs the need for trial in the statutory non-excludable 70 days. The Defendant, through counsel, consents to continued tolling through January 7, 2019.

                                            Respectfully submitted,

                                            Robert K. Hur
                                            United States Attorney

                           By:_____/s/_____
                                            Sandra Wilkinson
                                            Judson T. Mihok
                                            Assistant United States Attorneys
                                            United States Attorney's Office
                                            36 South Charles Street, Fourth Floor
                                            Baltimore, Maryland 21201