**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
GEORGE JARROD HAZEL
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
(301) 344-0637
(301) 344-3910 FAX

September 6, 2018

RE: *United States of America v. Devon Carter*
    GJH-17-667

## Scheduling Order

Dear Counsel:

    Pursuant to Scheduling Conference held on September 5, 2018, the Court hereby issues the following schedule:

    Opposition to Motions: January 21, 2019

    Replies:              February 15, 2019

    Motion Hearing:       March 8, 2019 at 2pm (Baltimore)

    Motion in Limine:     April 8, 2019

    Opposition to MIL:    April 17, 2019

    Pre-Trial Conference: April 19, 2019 at 2pm (Baltimore)

    Trial date: May 6, 2019 (4 weeks - Baltimore)


    Although informal, this is an Order of the Court and shall be docketed as such.


                                        Sincerely,


                                        _____/S/_____
                                        George J. Hazel
                                        United States District Judge