IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. GJH-17-0667 |
| CLIFTON MOSLEY,<br>Defendant. | : |

FILED
LODGED
ENTERED
RECEIVED

MAR 07 2019

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America, by its attorneys, Robert K. Hur, United States Attorney for the District of Maryland, Judson T. Mihok, Assistant United States Attorney's for said District, moves this Honorable Court for an Order unsealing the indictment for the above-captioned case as the arrest warrant has been executed, so there is no longer a concern that the Defendant added to the Second Superseding Indictment and named herein will flee to avoid prosecution.

Respectfully Submitted,

Robert K. Hur
United States Attorney

_____
Judson T. Mihok
Assistant United States Attorney

ORDERED, this 6TH day of March, 2019 that the indictment be UNSEALED.

_____
Beth P. Gesner
United States Chief Magistrate Judge