# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAMD

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : Case No. 17-cr-667-GJH-1 |
| **DAVON CARTER** | : |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Davon Carter appeals to the United States Court of Appeals for the Fourth Circuit the judgment entered in this case on May 25, 2021.

Dated: May 25, 2021  /s/_____
Christopher M. Davis

Davis & Davis
1350 Connecticut Avenue, NW
Suite 202
Washington, DC 20036
(202) 234-7300

## CERTFICATE OF SERVICE

I hereby certify that a copy of this Notice was served upon all counsel of record via the Court's CM/ECF system on this 25th day of May 2021.

/s/_____
Christopher M. Davis