# **NOTICE OF SEALED FILING**